entered June 28, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Agid, J.

[No. 32183-8-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. A.N.B., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-8-05190-9, Anthony P. Wartnik, J., entered January 28, 1993. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Cox, J.

[No. 34059-0-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC CUREAUX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-06923-1, Norma Smith Huggins, J., entered January 31, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 32539-6-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNDA FREEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-05358-2, Robert H. Alsdorf, J., entered March 5, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 31444-1-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS KEITH KROHNE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-04928-7, Jim Bates, J., entered September 15, 1992. *Dismissed* by unpublished per curiam opinion.